THF PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE MARKS, Appellant.

Argued March 7, 1938; decided April 12, 1938.

*E. Ivan Rubenstein, Leo Healy* and *Ruth G. Goldberg* for appellant.

*William F. X. Geoghan, District Attorney (Edward H. Levine* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.